IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1119-AP

JANE Y. BOREN-WALL,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Gail C. Harriss, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
(970) 247-1482 (facsimile)
*gail.harriss@dawesandharriss.com*

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

*(303) 844-0812
(303) 844-0770 (facsimile)
Michele.kelley@ssa.gov
Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

      A.      **Date Complaint Was Filed:** June 16, 2005

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** June 23, 2005

      C.      **Date Answer and Administrative Record Were Filed:** August 22, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Defendant states that the record is complete and accurate. Plaintiff does not disagree with Defendant's assertion.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Defendant intends to submit no additional evidence. Plaintiff does not intend to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Defendant and Plaintiff bring no other matters to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

 A. **Plaintiff's Opening Brief Due:** October 24, 2005

 B. **Defendant's Response Brief Due:** November 23, 2005

 C. **Plaintiff's Reply Brief (If Any) Due:** December 8, 2005

**9. STATEMENTS REGARDING ORAL ARGUMENT**

 A. **Plaintiff's Statement:** Plaintiff does not request Oral argument.

 B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

 A. ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

 B. ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended*

*only upon a showing of **good cause**.*

DATED this 13th day of September, 2005.

BY THE COURT:

**S/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | WILLAM J. LEONE<br>Acting United States Attorney |
| s/  Gail C. Harriss<br>Gail C. Harriss, Esq.<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>Telephone: (970) 247-4411, ext. 18<br>Facsimile: (970) 247-1482<br>*gail.harriss@dawesandharriss.com*<br><br>Attorney for Plaintiff | s/Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |